[No. 29924-1-II.   Division Two.   October 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKIE LEE
METCALF, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 02-1-00430-0, James B. Sawyer II, J., entered
January 17, 2003. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and
Bridgewater, J.

[No. 21106-1-III.   Division Three.   October 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD F.
VALENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 95-1-00297-5, Donald W. Schacht, J.,
entered April 22, 2002. *Affirmed* by unpublished opinion per
Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21361-7-III.   Division Three.   October 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SEBASTIAN
DELAROSA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 02-1-00227-4, Robert L. Zagelow, J.,
entered August 2, 2002. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis,
J.

[No. 21746-9-III.   Division Three.   October 30, 2003.]

LARRY D. BRIGGS, ET AL., *Appellants*, v. PACIFICORP,
*Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 00-2-03078-8, Heather K. Van Nuys, J., entered
December 19, 2002. *Affirmed* by unpublished opinion per
Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.
Now published at 120 Wn. App. 319.